UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

---------------------------------- x

THE WESTERN & SOUTHERN LIFE
INSURANCE COMPANY; WESTERN-
SOUTHERN LIFE ASSURANCE
COMPANY; COLUMBUS LIFE
INSURANCE COMPANY; INTEGRITY
LIFE INSURANCE COMPANY; NATIONAL
INTEGRITY LIFE INSURANCE
COMPANY; and FORT WASHINGTON
INVESTMENT ADVISORS, INC. ON
BEHALF OF FORT WASHINGTON
ACTIVE FIXED INCOME LLC,

          Plaintiffs,

- against -

MORGAN STANLEY MORTGAGE
CAPITAL INC.; MORGAN STANLEY
CAPITAL I INC.; MORGAN STANLEY &
CO. INCORPORATED; INDYMAC MBS,
INC.; and MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED,

          Defendants.

---------------------------------- x

Case No. 1:11-cv-00576-SAS

**STIPULATION EXTENDING THE TIME FOR MORGAN STANLEY TO ANSWER, MOVE, OR OTHERWISE PLEAD**

Pursuant to Local Rule 6.1(a), Plaintiffs The Western & Southern Life Insurance Company, Western & Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc. on behalf of Fort Washington Active Fixed Income LLC (collectively, "plaintiffs"), and defendants Morgan Stanley Mortgage Capital Inc., Morgan Stanley Capital I Inc., and Morgan Stanley & Co. Incorporated (collectively, "Morgan Stanley"), through their undersigned counsel, hereby stipulate and agree as follows:

1. The deadline by which Morgan Stanley must answer, move to dismiss, or otherwise respond to the complaint in the above-captioned action shall be extended from August 29, 2011 to September 19, 2011.

2. Morgan Stanley has received no prior extensions by stipulation in the above-captioned action. Therefore, the aggregate time extended to Morgan Stanley does not exceed twenty-one days.

3. By entering into this stipulation, neither plaintiffs nor Morgan Stanley waive their rights to seek additional extensions.

4. By entering into this stipulation, the parties do not waive, and expressly preserve, any and all rights, claims, or defenses, including without limitation those relating to jurisdiction and venue, and all such rights, claims, and defenses are preserved.

Dated:  August 29, 2011


Of Counsel:

Michael N. Ungar
Ulmer & Berne LLP
1660 West Second Street, Suite 1100
Cleveland, OH  44113-1448
(216) 583-7002 direct dial
mungar@ulmer.com

and

James P. Rouhandeh
Daniel J. Schwartz
Andrew D. Schlichter
pro hac vice applications forthcoming
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000
Fax:  (212) 701-5581
rouhandeh@davispolk.com
daniel.schwartz@davispolk.com
andrew.schlichter@davispolk.com

/s Christopher D. Cathey
Christopher D. Cathey (0071231) (Trial Attorney)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 698-5026 direct dial
(513) 698-5027 direct facsimile
ccathey@ulmer.com

*Attorneys for Defendants Morgan Stanley Mortgage Capital Inc., Morgan Stanley Capital I Inc., and Morgan Stanley & Co. Incorporated*

3

Of counsel:

Eric W. Richardson (0066530)
Adam C. Sherman (0076850)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, Ohio 45202
(513) 723-4000 direct dial
(513) 852-7885 direct facsimile
gvwhitaker@vorys.com

and

David H. Wollmuth (*pro hac vice* to be submitted)
Vincent T. Chang (*pro hac vice* to be submitted)
Steven S. Fitzgerald (*pro hac vice* to be submitted)
Wollmuth, Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300 direct dial

/s Eric W. Richardson
Glenn V. Whitaker (0018169) (Trial Attorney)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, Ohio 45202
(513) 723-4000 direct dial
(513) 852-7885 direct facsimile
gvwhitaker@vorys.com

*Attorneys for Plaintiffs The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc.*

4