**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE WESTERN & SOUTHERN LIFE
INSURANCE COMPANY; WESTERN-
SOUTHERN LIFE ASSURANCE
COMPANY; COLUMBUS LIFE
INSURANCE COMPANY; INTEGRITY
LIFE INSURANCE COMPANY; NATIONAL
INTEGRITY LIFE INSURANCE
COMPANY; and FORT WASHINGTON
INVESTMENT ADVISORS, INC. ON
BEHALF OF FORT WASHINGTON
ACTIVE FIXED INCOME LLC,

          Plaintiffs,

       - against -

MORGAN STANLEY MORTGAGE
CAPITAL INC.; MORGAN STANLEY
CAPITAL I INC.; MORGAN STANLEY &
CO. INCORPORATED; INDYMAC MBS,
INC.; and MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED,

          Defendants.

Case No. 1:11-CV-576
Judge S. Arthur Spiegel

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THE MORGAN STANLEY DEFENDANTS' UNOPPOSED MOTION FOR A**
**STAY OF THEIR DEADLINE TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.1(a),

defendants Morgan Stanley Mortgage Capital Inc., Morgan Stanley Capital I Inc., and

Morgan Stanley & Co. Incorporated (the "Morgan Stanley Defendants") hereby move,

without opposition and in the interest of judicial economy, for a stay of their deadline to

answer, move to dismiss, or otherwise respond to the complaint.  In support of this

unopposed motion, the Morgan Stanley Defendants state as follows:

1.      On August 26, 2011, plaintiffs moved to remand this action to the Court of Common Pleas of Hamilton County.  Briefing related to plaintiffs' motion to remand is presently ongoing.

2.      On August 29, 2011, plaintiffs and the Morgan Stanley Defendants entered into a joint stipulation pursuant to Local Civil Rule 6.1(a) extending the deadline for the Morgan Stanley Defendants to answer, move to dismiss, or otherwise respond to the complaint to September 19, 2011.

3.      Pending the Court's approval, plaintiffs and the Morgan Stanley Defendants have agreed to stay the Morgan Stanley Defendants' deadline to answer, move to dismiss, or otherwise respond to the complaint until after the Court's resolution of plaintiffs' motion to remand.  Immediately upon the Court's resolution of the motion to remand, plaintiffs and the Morgan Stanley Defendants will meet and confer regarding a schedule for the Morgan Stanley Defendants to respond to the complaint.

WHEREFORE, the Morgan Stanley Defendants respectfully request that the

Court grant this unopposed motion for a stay of their deadline to answer, move to

dismiss, or otherwise respond to the complaint.

Dated:   September 14, 2011

Respectfully submitted,

*Of Counsel:*

/s/ Christopher D. Cathey
_____
Christopher D. Cathey (0071231) Trial Attorney
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 698-5026 direct dial
(513) 698-5027 direct facsimile
ccathey@ulmer.com

Michael N. Ungar
ULMER & BERNE LLP
1660 West Second Street
 Suite 1100
Cleveland, OH 44113-1448
(216) 583-7002 direct dial
mungar@ulmer.com

*Counsel for Morgan Stanley Mortgage Capital*
*Inc., Morgan Stanley Capital I Inc., and Morgan*
*Stanley & Co. Incorporated*

James P. Rouhandeh
Daniel J. Schwartz
Andrew D. Schlichter
*pro hac vice applications*
*forthcoming*
DAVIS POLK & WARDWELL
LLP
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000
Fax:  (212) 701-5581
rouhandeh@davispolk.com
daniel.schwartz@davispolk.com
andrew.schlichter@davispolk.com

3