IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, et al, | : : : | CASE NO: 1:11-cv-00576-HJW |
| Plaintiffs, | : : | (Judge S. Arthur Spiegel) |
| v. | : : : | |
| MORGAN STANLEY MORTGAGE CAPITAL INC., et al., | : : : : | **UNOPPOSED MOTION OF DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED FOR A STAY OF ITS DEADLINE TO RESPOND TO** |
| Defendants. | : | **THE COMPLAINT** |

_____

Pursuant to Fed. R. Civ. P. 6(b) and S.D. Ohio Civ. R. 6.1(a), Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. ("MLPFS") moves, without opposition and in the interest of judicial economy, for an Order staying its deadline to answer, move to dismiss, or otherwise respond to the complaint.

Respectfully submitted,

/s/ Charles J. Faruki
Charles J. Faruki (0010417)
    Trial Attorney
Daniel J. Donnellon (0036726)
Stephen A. Weigand (0083573)
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street
Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email:  cfaruki@ficlaw.com

Mitchell A. Lowenthal (*pro hac vice*)
Meredith Kotler (*pro hac vice*)
Jared Gerber (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
Telephone:  (212) 225-2760
Telecopier:  (212) 225-3999
Email:  mlowenthal@cgsh.com

Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED FOR A STAY OF ITS DEADLINE TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and S.D. Ohio Civ. R. 6.1(a), Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. ("MLPFS") moves, without opposition and in the interest of judicial economy, for an Order staying its deadline to answer, move to dismiss, or otherwise respond to the complaint, and further states as follows:

1. On August 22, 2011, Defendants Morgan Stanley Mortgage Capital Inc., Morgan Stanley Capital I Inc., and Morgan Stanley & Co. Incorporated (collectively, "Morgan Stanley Defendants") removed this action from the Court of Common Pleas of Hamilton County. On August 23, 2011, MLPFS filed a joinder to the removal filed by the Morgan Stanley Defendants [Doc. No. 5].

2. On August 26, 2011, Plaintiffs moved to remand this action to the Court of Common Pleas of Hamilton County. Briefing related to Plaintiffs' motion to remand is presently ongoing.

3. On September 14, 2011, the Morgan Stanley Defendants filed an unopposed motion [Doc. No. 20], in which Plaintiffs and the Morgan Stanley Defendants have agreed to stay the Morgan Stanley Defendants' deadline to answer, move to dismiss, or otherwise respond to the complaint until after the Court' resolution of Plaintiffs' motion to remand. Immediately upon the Court's resolution of the motion to remand, Plaintiffs and the Morgan Stanley Defendants have agreed to meet and confer regarding a schedule for the Morgan Stanley Defendants to respond to the complaint.

4. Likewise, pending the Court's approval, Plaintiffs and MLPFS have agreed to stay MLPFS's deadline to answer, move to dismiss, or otherwise respond to the

2

complaint until after the Court's resolution of Plaintiffs' motion to remand.  Immediately upon the Court's resolutions of the motion to remand, Plaintiffs and MLPFS will meet and confer regarding a schedule for MLPFS to respond to the Complaint.

       5.       On September 15, 2011, this Court granted the unopposed motion filed by the Morgan Stanley Defendants [Doc. No. 21].

       6.       In light of the unopposed motion previously filed by the Morgan Stanley Defendants [Doc. No. 20] and granted by this Court [Doc. No. 21], this unopposed motion of MLPFS is intended to coordinate the same deadline for all Defendants to answer, move to dismiss, or otherwise respond to the complaint after the Court's resolution of Plaintiffs' motion to remand.

Respectfully submitted,


/s/ Charles J. Faruki
Charles J. Faruki (0010417)
    Trial Attorney
Daniel J. Donnellon (0036726)
Stephen A. Weigand (0083573)
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street
Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email:  cfaruki@ficlaw.com


Mitchell A. Lowenthal (*pro hac vice*)
Meredith Kotler (*pro hac vice*)
Jared Gerber (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
Telephone:  (212) 225-2760
Telecopier:  (212) 225-3999
Email:  mlowenthal@cgsh.com

Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated

## **CERTIFICATE OF SERVICE**

I certify that on September 16, 2011, I electronically filed the foregoing Unopposed Motion of Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. for a Stay of Its Deadline to Respond to the Complaint with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Glenn V. Whitaker
Eric W. Richardson
Adam C. Sherman
Erik B. Bond
VORYS, SATER, SEYMOUR AND PEASE LLP
Suite 2000, Atrium Two
221 East Fourth Street
Cincinnati, OH  45202

David H. Wollmuth
Vincent T. Chang
Steven S. Fitzgerald
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY  10110

Attorneys for Plaintiffs The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, and Fort Washington Investment Advisors, Inc.

Christopher D. Cathey
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202-2409

Michael N. Ungar
ULMER & BERNE LLP
1660 West Second Street, Suite 1100
Cleveland, OH  44113-1448

Attorneys for Morgan Stanley Mortgage Capital Inc., Morgan Stanley Capital I Inc., and Morgan Stanley & Co. Incorporated

/s/ Daniel J. Donnellon
Daniel J. Donnellon

560845.1

4